**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for Defendant
MARCO ANTONIO CORIA-DUARTE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO CORIA-DUARTE,<br><br>        Defendant | Case No.: Case No. 1:13-cr-0033 AWI BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARCO ANTONIO CORIA-DUARTE by through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for March 25, 2013 be continued to April 8, 2013 at 1:00 p.m., or a date convenient to court and counsel.

I am requesting additional time to prepare and conduct investigation in this matter. This is a mutual agreement between myself and Assistant United States Attorney Melanie Alsworth.

//

//

IT IS SO STIPULATED.

DATED: March 21, 2013                          Respectfully Submitted,

                                               **/s/ David A. Torres**
                                               DAVID A. TORRES
                                               Attorney for Defendant
                                               Marco Antonio Coria-Duarte


DATED: March 21, 2013                          **/s/Melanie L. Alsworth**
                                               MELANIE L. ALSWORTH
                                               Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) AND 3161(h)(7)(B)(i) & (iv).


IT IS SO ORDERED.

Dated: **March 21, 2013**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE